UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| STEPHANIE IVOK,<br><br>   Plaintiff,<br><br>   v.<br><br>KILOLO KIJAKAZI,<br><br>   Defendant. | Case No. 22-cv-05813-LJC<br><br>**ORDER TO SUBMIT STATUS REPORT**<br><br>Re: Dkt. No. 15 |

Plaintiff Stephanie Ivok brings this civil action seeking judicial review under 42 U.S.C. § 405(g) and 42 U.S.C. § 1383(c)(3) of the Administrative Law Judge's (ALJ) denial of her application for supplemental security income. Dkt. 1. Plaintiff filed her Complaint on October 6, 2022. Id. Defendant Kilolo Kijakazi, Acting Commissioner of the Social Security Administration, filed an Answer and lodged the administrative record in this case on January 12, 2023. Dkt. 13, 14.

Currently pending before the Court is Plaintiff's Motion for Summary Judgment, filed on February 9, 2023. Defendant's brief was due by March 9, 2023. See Dkt. 5. As of the date of this Order, Defendant has not filed a brief in response to Plaintiff's Motion for Summary Judgment. Nor has Defendant requested an extension of time within which to file a response.

By no later than March 21, 2023, Defendant is ordered to submit a report regarding the status of Defendant's response. If Defendant's status report includes a request for an extension to file her response, the filing must comply with the applicable requirements for a motion to change

//

//

//

time under Rule 6-3 of the Civil Local Rules.

**IT IS SO ORDERED.**

Dated: March 14, 2023

LISA J. CISNEROS
United States Magistrate Judge