UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| STEPHANIE IVOK,<br><br>    Plaintiff,<br><br>  v.<br><br>KILOLO KIJAKAZI,<br><br>    Defendant. | Case No.  22-cv-05813-LJC<br><br>**ORDER OF REMAND**<br><br>Re: Dkt. No. 19 |

Based upon the parties' Stipulation to Voluntary Remand Pursuant to Sentence 4 of 42 U.S.C. § 405(g) and to Entry of Judgment ("Stipulation of Remand"), IT IS ORDERED that the above-captioned action is remanded to the Commissioner of Social Security for further proceedings consistent with the terms of the Stipulation of Remand.

Defendant will lodge a proposed Judgment of Remand concurrent with the filing of this stipulation.

**IT IS SO ORDERED.**

Dated: March 24, 2023

LISA J. CISNEROS
United States Magistrate Judge